IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| THERESA HILL,<br><br>      Plaintiff,<br><br>v.<br><br>LEXISNEXIS RISK SOLUTIONS BUREAU LLC,<br><br>      Defendant. | Case No.: 4:18-cv-00560-RK |

## MOTION TO WITHDRAW OF AMY L. WELLS AS COUNSEL OF RECORD

Amy L. Wells hereby respectfully requests that this Court withdraw her appearance as counsel for Plaintiff. In support of this motion, the undersigned states:

1. Ms. Wells will no longer be practicing at Keogh Law, Ltd., the firm representing the plaintiff in this matter.

2. Keith J. Keogh, A.J. Stecklein, Michael H. Rapp, and Matthew Robertson will remain as counsel for the plaintiff.

WHEREFORE, Amy L. Wells moves the Court for leave to withdraw her appearance as counsel in this matter.

                                                                              Respectfully submitted,

                                                                              s/ *Matthew Robertson*

                                                                              A.J. Stecklein #46663
                                                                              Michael H. Rapp #66688
                                                                              Matthew Robertson #70442
                                                                              Stecklein & Rapp Chartered
                                                                              748 Ann Avenue
                                                                              Kansas City, Kansas 66101
                                                                              Telephone: (913) 371-0727
                                                                              Facsimile: (913) 371-0147
                                                                              Email: aj@kcconsumerlawyer.com
                                                                                          mr@kcconsumerlayer.com

By: /s/ Amy L. Wells
Amy L. Wells- *pro hac vice*
Keith J. Keogh-*pro hac vice*
Keogh Law, Ltd.
55 W. Monroe Street, Suite 3390
Chicago, IL 60603
Telephone: (312) 726-1092
Facsimile: (312) 726-1093
Email: keith@keoghlaw.com
awells@keoghlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF FILING

The undersigned certifies that the foregoing document was electronically filed with the Clerk of the Court's ECF/CM System on December 30, 2019, which will automatically generate notice of filing to all counsel of record.

/s/ Matthew S. Robertson
Attorney for Plaintiff